*KYH/AL: USAO#2025R00165*



USDC - BALTIMORE
'26 APR 29 PM 4:34

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. ___JRR 26cr156___ |
| v. | (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 846 and 841(b)(1)(C); Forfeiture, 21 U.S.C. § 853) |
| VICTOR FOLEA and KAVITHA BRUNNER, | |
| Defendants. | **FILED UNDER SEAL** |

## INDICTMENT

## COUNT ONE
### (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges that:

From in or about April 2025, and continuing through on or about July 29, 2025, in the District of Maryland, the Defendants,

### VICTOR FOLEA and
### KAVITHA BRUNNER,

did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846
21 U.S.C. § 841(b)(1)(C)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.    Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of any Defendant's conviction under Count One of this Indictment.

### Narcotics Forfeiture

2.    Upon conviction of the offense alleged in Counts One of this Indictment, the Defendants,

**VICTOR FOLEA and
KAVITHA BRUNNER,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

a.    any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

b.    any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Property Subject to Forfeiture

3.    The property subject to forfeiture includes, but is not limited to a money judgment in the amount of proceeds derived from the offense charged in Count One of this Indictment.

### Substitute Assets

4.    If, as a result of any act or omission of any Defendant, any of the property described above as being subject to forfeiture:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

2

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

4/29/26
Date

3