

SEALED

AO 442 (Rev. 11/11) Arrest Warrant

UHITED STATES DISTRICT COURT MARSHALS
BALTIMORE

USDC- BALTIMORE
'26 MAY 20 AM9:43

for the

District of Maryland

2026 APR 30  A 8: 29

| United States of America | ) | |
| v. | ) | Case No. JRR 26cr156 |
| VICTOR FOLEA | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*     VICTOR FOLEA                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:  April 29, 2026

_____
*Issuing officer's signature*

City and state:     Baltimore, Maryland

The Hon. Charles D. Austin, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* APRIL 29, 2026 , and the person was arrested on *(date)* MAY 18, 2026 at *(city and state)* 819 E. BALTIMORE ST. BALTIMORE, MD |
| Date:  5/18/26           _____ *Arresting officer's signature* |
| TFo. Daniel Pamer _____ *Printed name and title* |

HD

Rcv'd by: ___AR___